IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JUSTIN DOUGLAS HOLMAN, | ) | |
| | ) | |
| v. | ) | 2:11-00015 |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social | ) | |
| Security. | ) | |

**O R D E R**

The Court has considered the Report and Recommendation of Magistrate Judge Knowles, Document #16, and the objections filed by Plaintiff, Document #17.

The objection of Plaintiff to the Report and Recommendation of Magistrate Judge Knowles is overruled. The Magistrate Judge's opinion and recommendation that the decision of the Commissioner is supported by substantial evidence is affirmed. The Report and Recommendation is therefore adopted as the findings and conclusions of the Court.

The Plaintiff's Motion for Judgment on the Administrative Record, Document #13, is **DENIED**, and the decision of the Commissioner is **AFFIRMED**. This case is **DISMISSED.**

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge